**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OPERATING SYSTEMS**
**SOLUTIONS, LLC,**

    Plaintiff,

v.                                            Case No.  8:11-cv-1754-T-30TGW

**APPLE, INC.,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Unopposed Motion for Miscellaneous Relief, Specifically for Appointment of a Technical Advisor (Dkt. 81), Apple Inc.'s Motion for Miscellaneous Relief (Dkt. 79), and Operating Systems Solutions, LLC's Response in Opposition to Apple Inc.'s Motion (Dkt. 85).  On December 19, 2012, the Court held a telephonic hearing on these issues and heard argument from counsel.  For the reasons stated on the record it is ORDERED AND ADJUDGED that:

    1.  The parties' Unopposed Motion for Miscellaneous Relief, Specifically for Appointment of a Technical Advisor (Dkt. 81) is GRANTED to the extent that it is the Court's preference to appoint a special master with the relevant software and patent experience.  If the parties are unable to identify a special master having both areas of knowledge, the Court will appoint a technical advisor.  The parties shall file a joint notice identifying the special master, or technical advisor, by January 4, 2013.

2. Apple Inc.'s Motion for Miscellaneous Relief (Dkt. 79) is GRANTED in part and DENIED in part. As reflected in Operating System Solutions, LLC's ("OSS") responses to Apple Inc.'s Second Set of Interrogatories (Dkt. 80-8), OSS may assert claims 1, 6, 19, 28, and 57 of the Patent-in-Suit, as well as dependent claims 2-4, 7-9, 13-18, 29-56, and 58. OSS is precluded from asserting claims 21-27, 30, and 59-62 in this case (as indicated in footnote 2 of its response (Dkt. 85)). OSS is also precluded from asserting infringement related to Apple, Inc.'s iOS product family in this case.

**DONE** and **ORDERED** in Tampa, Florida on December 19, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1754.79and81.frm