**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**OPERATING SYSTEMS SOLUTIONS, LLC,**

    **Plaintiff,**

v.                                                Case No.  8:11-cv-1754-T-30TGW

**APPLE INC.,**

    **Defendant.**
_____/

## SUPPLEMENTAL CLAIM CONSTRUCTION SCHEDULE

THIS CAUSE comes before the Court upon the parties' Joint Motion (1) to Amend Case Management and Scheduling Order and (2) for Supplemental Claim Construction Schedule (Dkt. 91), which this Court has granted.  Accordingly, it is **ORDERED** that the parties are **directed** to meet the agreed upon schedule set forth in their Joint Motion (Dkt. 91), which is wholly adopted herein as follows:

| | |
|---|---|
| **Exchange list of terms proposed for construction (limited to terms only found in the Additional Asserted Claims):** | **January 21, 2013** |
| **Exchange proposed constructions for terms (limited to terms only found in the Additional Asserted Claims):** | **January 25, 2013** |
| **File Supplemental Joint Claim Construction Statement, including supporting evidence (limited to terms only found in the Additional Asserted Claims):** | **February 1, 2013** |

| | |
|---|---|
| **File opening *Markman* briefs with any supporting expert declarations (limited to terms only found in the Additional Asserted Claims):** | **February 12, 2013** |
| **File responsive *Markman* briefs with any rebuttal expert declarations (limited to terms only found in the Additional Asserted Claims):** | **February 19, 2013** |
| **Complete any expert deposition on claim construction issues:** | **March 1, 2013.** |

**DONE** and **ORDERED** in Tampa, Florida on January 3, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1754.73-supplemental-claim-construction-schedule.wpd