**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OPERATING SYSTEMS SOLUTIONS, LLC,

Plaintiff,

v. Case No: 8:11-cv-1754-T-30TGW

APPLE, INC.,

Defendant.

---

**ORDER**

THIS CAUSE comes before the Court *sua* sponte. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's counsel shall file, as separate docket items, the prosecution histories of U.S. Patent 6,434,696 and Reissue Patent Re 40,092, in the formats already provided to the special master, within seven (7) days of the date of this Order.
2. In future filings the parties shall refer to these prosecution history papers by using the page numbers so provided.
3. The parties shall edit their previously filed claim construction briefs to include the new docket item numbers and page numbers for citations to these two prosecution histories, provide the edited versions of these briefs to the special master, and file

the edited versions as new docket items, within seven (7) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of January, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1754 Special Master Order.docx