UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OPERATING SYSTEMS SOLUTIONS,
LLC,

    Plaintiff,

v.                                          Case No: 8:11-cv-1754-T-30TGW

APPLE, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Special Master's Report and Recommendations Regarding Claim Construction (Dkt. #137) filed on April 15, 2013, and the Objections and Responses filed thereto (Dkts. #142, #143, #144, #145, #146, and #149).

After careful consideration of the Report and Recommendations, the Objections and Responses, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be ADOPTED, with the following exceptions and corrections:

(A)    On page 27 of the Report, paragraph 2 is corrected to read:

**2. Is the "preamble essential to understand limitations or terms in the claim body?"**

The word "is" was removed from the sentence.

(B)    On page 28 of the Report, paragraph 92 is corrected to read:

> **. . . First, the Summary of the Invention section states that in the present invention the BCI "on memory and the attached devices were created and saved in a disk in the preceding boot process," not at some later time. . . .**

A quotation mark was added to the close the quotation.

(C)   On page 29 of the Report, a sentence in paragraph 93 is corrected to read:

> **Thus, the "during" term is stated multiple times in the patent to be of major importance.**

The word "with" was removed from the sentence.

The Court amends the definition of BIOS in paragraph 64 to be: "The plurality of computer routines for providing control of and low-level interfaces to basic hardware devices in a computer and for initializing those devices. BIOS is not re-entrant."

It is therefore ORDERED AND ADJUDGED that:

1.   The Special Master's Report and Recommendations Regarding Claim Construction (Dkt. #137) is approved as amended and is hereby ADOPTED, and is made a part of this Order for all purposes, including appellate review.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2011\11-cv-1754 adoption order.docx